**FILED**

09/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0344

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 21-0344

| | |
|---|---|
| IN RE THE MATTER OF THE ESTATE OF JAMES A. KILEY<br><br>Deceased.<br><br>CATHERINE KILEY MONAHAN,<br><br>Petitioner/Appellant,<br><br>-vs-<br><br>THE ESTATE OF JAMES A KILEY,<br><br>Respondent/Appellee. | ORDER OF DISMISSAL WITH PREJUDICE |

The Court, having reviewed Appellant's Motion for Dismissal with Prejudice, and good cause appearing;

IT IS HEREBY ORDERED that the above-captioned appeal is hereby dismissed with prejudice.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 29 2021